NUMBER 13-08-00323-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

DELIA GORENA, APPELLANT,


v.



BETRESSA BLACKWELL AND 

JESSICA LYNN BLACKMAN, APPELLEES. 

_____________________________________________________________


On Appeal from the 36th District Court 


of San Patricio County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yanez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, Delia Gorena, perfected an appeal from a judgment rendered against her
in favor of appellee, Betressa Blackwell and Jessica Lynn Blackman. (1) On May 20, 2009,
the Clerk of this Court notified appellant that the clerk's record in the above cause was
originally due on June 5, 2008, and that the deputy clerk, Ernestina Roblez, had notified
this Court that appellant failed to make arrangements for payment of the clerk's record. 
The Clerk of this Court notified appellant of this defect so that steps could be taken to
correct the defect, if it could be done. See Tex. R. App. P. 37.3, 42.3(b),(c). Appellant was
advised that, if the defect was not corrected within ten days from the date of receipt of this
notice, the appeal would be dismissed for want of prosecution. 

 Appellant has failed to respond to this Court's notice. Accordingly, the appeal is
DISMISSED FOR WANT OF PROSECUTION. See Tex. R. App. P. 42.3(b), (c). 


 PER CURIAM

Memorandum Opinion delivered 

and filed this the 2nd day of July, 2009. 





 
1. 1 On October 16, 2008, this Court issued a memorandum opinion dismissing this appeal. See
Gorena v. Blackwell, No. 13-08-00323-CV, 2008 Tex. App. LEXIS 7893 (Tex. App.-Corpus Christi Oct. 16,
2008, no pet.). On February 9, 2009, this Court issued an order granting appellant's motion for rehearing and
withdrawing our previous opinion and judgment issued in this cause. The appeal remains pending before the
Court.